# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSICA WINN,

Appellant,

vs.

C. MARTIN COMPANY, INC.; AND
GALLAGHER BASSETT SERVICES,
INC.,

Respondents.

No. 77173

**FILED**

FEB 1 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the joint motion of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Adriana Escobar, District Judge
      Carolyn Worrell, Settlement Judge
      Nevada Attorney for Injured Workers/Carson City
      Nevada Attorney for Injured Workers/Las Vegas
      Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

20-05514